**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

**Paul Warnert, individually, and Paul's: Bobby & Steve's Autoworld – Jordan, LLP, a Minnesota limited liability partnership;**

**Plaintiffs,**

**vs.**

**City of Minneapolis, a chartered municipal government,**

**Defendant.**

**Court File No. 01-1913 JMR/FLN**

**STIPULATION TO AMEND PRETRIAL SCHEDULE**

---

The parties to this action, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. This action concerns a challenge to administrative and quasi judicial proceedings of Defendant resulting in denial of Plaintiffs' application for a conditional use permit and site plan review. Since the commencement of this action and issuance of the Pretrial Schedule, additional administrative and quasi judicial proceedings have occurred before the City Planning Commission and City Council on a newly filed amended application for conditional use permit and site plan review. Those proceedings are still pending and not expected to be final until about September 1, 2002.

2. As a result of the above-mentioned additional proceedings, both parties agree that the deadlines in the Pretrial Schedule for the trial ready date, dispositive motions, and discovery are unfeasible and need to be extended.



FILED AUG 27 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

3. The parties believe that Defendant's decisions on Plaintiffs' applications may be amenable to on-the-record review on summary judgment motions or stipulated facts. If so, then extensions of the deadlines in the Pretrial Schedule, including the trial ready date, will allow the parties to conduct and complete discovery after Defendant's additional administrative and quasi judicial proceedings are completed; prepare motions for summary judgment; and prepare for trial if the action is not resolved by dispositive motions.

4. Accordingly, the parties stipulate and agree that the Pretrial Schedule should be amended as follows, and set forth in the attached Amended Pretrial Schedule:

Discovery: October 1, 2002

Dispositive Motions: January 1, 2003

Ready for Trial: March 1, 2003

Dated: 8-1-02

GARY K. WOOD
Attorney Reg. No. 118722
Attorney for Plaintiffs
4932 Poppy Lane
Edina, MN 55435
(612) 384-9250

Dated: July 19, 2002

JAY M. HEFFERN
City Attorney
Attorney Reg. No. 4331X
By

SCOTT REEVES
Assistant City Attorney
Attorney Reg. No. 90128
Attorneys for City of Minneapolis
333 South Seventh Street, Suite 300
Minneapolis, MN 55402-2453
(612) 673-2066

01L-0392

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Paul Warnert, individually, and Paul's: Bobby & Steve's Autoworld – Jordan, LLP, a Minnesota limited liability partnership;**

**Plaintiffs,**

**vs.**

**City of Minneapolis, a chartered municipal government,**

**Defendant.**

**Court File No. 01-1913 JMR/FLN**

**AMENDED PRETRIAL SCHEDULE**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Nondispositive Motions:

    a. All motions which seek to amend the pleadings or add parties must be served by March 1, 2002.

    b. All discovery shall be commenced in time to be completed by October 1, 2002.

    c. No more than 30 Interrogatories, including all discrete subparts, shall be served by any party.

    d. No more than 20 Requests for Admission shall be served by any party.

    e. No more than 20 Document Requests shall be served by any party.

    f. No more than 10 depositions shall be taken by any party.

g. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by September 1, 2002. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2

2. Expert disclosure and Discovery:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By Plaintiff(s) on or before May 1, 2002.

2) By Defendant(s) on or before June 1, 2002.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By Plaintiff(s) on or before May 1, 2002.

2) By Defendant(s) on or before June 1, 2002.

c. Each party may depose no more than 2 expert witnesses on or before September 1, 2002.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

a. All dispositive motions shall be filed and scheduled for hearing prior to January 1, 2003.

b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Larry Lewis at 612-664-5053.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b).

4. Trial

a. This case shall be ready for trial on and after March 1, 2003, at which time it will be placed on the court's jury trial calendar.

b. Trial is estimated to last 3 trial days.

Dated: 8/27/02

FRANKLIN L. NOEL
[redacted] Magistrate Judge

01L-0392