UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

**Paul Warnert, individually, and Paul's: Bobby & Steve's Autoworld – Jordan, LLP, a Minnesota limited liability partnership;**

**Plaintiffs,**

**vs.**

**City of Minneapolis, a chartered municipal government,**

**Defendant.**

**Court File No. 01-1913 JMR/FLN**

**ORDER COMPELLING DISCOVERY**

This matter came on for hearing on September 30, 2002, at the United States Courthouse, 300 South 4th Street, Minneapolis, MN, before the Honorable Franklin L. Noel. Plaintiffs were represented by Gary K. Wood, 4932 Poppy Lane, Edina, MN. Defendant City of Minneapolis was represented by Scott Reeves, 333 South Seventh Street, Suite 300, Minneapolis, MN 55402.

Based upon all the files, records and proceedings herein

IT IS HEREBY ORDERED:

1. Plaintiffs shall comply with all outstanding discovery requests of the City of Minneapolis on or before October 7, 2002. Failure of Plaintiffs to comply with this order will result in dismissal with prejudice of the lawsuit.

2. Plaintiffs are ordered to pay the City of Minneapolis $250.00 as sanctions for their failure to complete discovery without the necessity of bringing a motion. This amount shall be



SEP 30 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

paid on or before October 7, 2002. Failure of Plaintiffs to make this payment by this date will result in the dismissal of the lawsuit with prejudice.

Dated: Sept 30, 2002

Franklin L. Noel
Magistrate Judge Franklin L. Noel

01L-0392