# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

PAUL WARNERT, individually
PAUL'S: BOBBY & STEVE'S
AUTOWORLD-JORDAN, LLP,
a Minnesota limited liability
partnership

Plaintiffs

Case No: Civ.01-1913 (JMR/FLN)

v.

**JUDGMENT IN A CIVIL CASE**

CITY OF MINNEAPOLIS,
a chartered municipal government

Defendant

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X ) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that:**

Plaintiff's claims brought pursuant to the United States Constitution are dismissed with prejudice; plaintiff's claims brought pursuant to Minnesota state law are dismissed without prejudice for lack of jurisdiction.

RICHARD D. SLETTEN, CLERK

Dated: January 28, 2003

Susan Ellen Anderson
Division Manager

N:\JUDGMENT.CIV

29